UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| CST PERFORMANCE PRODUCTS CORP. | |
| Plaintiff, | CIVIL ACTION NO. |
| VERSUS | SECTION |
| ESP PETROCHEMICALS, INC. | JUDGE |
| Defendant. | MAGISTRATE |

# **COMPLAINT**

The Complaint of CST Performance Products Corp., a Texas corporation doing business in the State of Louisiana, having its principal place of business in the State of Texas, County of Montgomery at 14292 Koalstad Road, Conroe, Texas 77302-4546, represents that:

1.

Made Defendant herein is:

1. **ESP Petrochemicals, Inc.** ("ESP"), a Louisiana corporation doing business in the State of Louisiana.

2.

This is a civil action over which this Court has original jurisdiction under 28 USC §1332, in that it is a civil action between citizens of different states where the amount in controversy exceeds $75,000 exclusive of interest and costs.

3.

ESP is justly and truly indebted to Plaintiff in the amount of **TWO HUNDRED SEVENTY-FOUR THOUSAND EIGHT HUNDRED FORTY-SEVEN AND 15/100 ($274,847.15) DOLLARS** (the "Invoice Amount"), together with legal interest from judicial demand until paid, and for reasonable attorney's fees and all costs of these proceedings, for the following reasons:

### FIRST CLAIM FOR RELIEF
(Suit on Open Account)

4.

Plaintiff incorporates the allegations set forth in paragraphs 1 through 3 above, as if fully set forth herein.

5.

Plaintiff sold and delivered to ESP the merchandise identified on the itemized statement and invoices annexed hereto as Exhibit "A" on the dates and for the Invoice Amount shown in said statement.

6.

ESP has made no payments against the invoiced amounts, and has failed to pay the balance due thereon.

7.

ESP agreed to pay Plaintiff for the referenced merchandise per the invoicing record attached hereto as Exhibit "A."

8.

More than 15 days have elapsed since the mailing of the demand to ESP, which demand correctly set forth the amount owed and included the itemized invoice in support; said notice was sent via e-mail on 26 September 2013.  ESP is therefore liable to Plaintiff for reasonable attorney's fees and costs for bringing this action.

9.

In addition to the required payment on the attached invoices, ESP is also liable to the Plaintiff for attorneys' fees and costs in accordance with Louisiana Revised Statue 9:2781 if ESP fails to pay the amounts due within thirty (30) days of the mailing of this Complaint.

10.

Attached hereto as Exhibit "B" is an Affidavit of Verification and Correctness completed by Robert R. Webber, Controller, CST Performance Products Corp.

**SECOND CLAIM FOR RELIEF**
**(Breach of Contract)**

11.

Plaintiff incorporates the allegations set forth in paragraphs 1 through 10 above, as if fully set forth herein.

12.

Defendant agreed to pay the Invoice Amount specified on the itemized statement attached hereto as Exhibit "A."

13.

Plaintiff has fully performed its contractual obligations and Defendant's failure to pay the Invoice Amount is breach of contract for which Defendant is liable in resulting damages.

14.

The balance due and remaining under the Agreement is greatly in excess of the minimum jurisdictional limit of this Court. Plaintiff hereby sues to recover these amounts from Defendant, as results of their breach of the Agreement and failure to pay for materials provided by Plaintiff to Defendant.

### THIRD CLAIM FOR RELIEF
**(Unjust Enrichment/*Quantum Meruit*)**

15.

Plaintiff incorporates the allegations set forth in paragraphs 1 through 14 above, as if fully set forth herein.

16.

Plaintiff is entitled to recover the amounts due from Defendant based up promises implied by law under the theory of unjust enrichment and/or *quantum meruit*. Plaintiff provided goods at the actual request of Defendant, and incurred costs in providing said goods, to Defendant. Defendant accepted, used, and enjoyed the goods. Defendant was reasonably notified that, in providing the goods, Plaintiff expected to be compensated for same.

17.

To date, Plaintiff has not received payment for the goods provided to Defendant and is owed the Invoice Amount shown on the itemized statement annexed hereto as Exhibit "A," plus statutory interest and costs.

18.

Defendant has been unjustly enriched by receiving and retaining the goods without making payment of the Invoice Amount to Plaintiff for said goods.

## JURY DEMAND

Plaintiff incorporates the allegations set forth in paragraphs 1 through 18, above, as if fully set forth herein.

19.

Plaintiff demands a jury trial.

**WHEREFORE**, Plaintiff prays that there be judgment herein in favor of CST Performance Products Corp. and against ESP Petrochemicals, Inc. in the full and true sum of **TWO HUNDRED SEVENTY-FOUR THOUSAND EIGHT HUNDRED FORTY-SEVEN AND 15/100 ($274,847.15) DOLLARS**, together with legal interest from judicial demand until paid; for reasonable attorney's fees; for all costs of these proceedings; and for such other further legal and equitable relief as the Court shall deem necessary and proper.

Respectfully submitted,

**DAIGLE FISSE & KESSENICH, APLC**

*/s/ Michael D. Fisse*
MICHAEL D. FISSE (#19270)
P. O. Box 5350
Covington, Louisiana 70433
Telephone: 985.871.0800
Facsimile: 985.871.0899
**COUNSEL FOR PLAINTIFF,
CST PERFORMANCE PRODUCTS CORP.**


**PLEASE SERVE:**

ESP Petrochemicals, Inc.
**Through its Registered Agent for Service of Process:**
Charles R. Minyard
600 Jefferson Street, Suite 501
Lafayette, LA 70501


ESP Petrochemicals, Inc.
**Through its Registered Agent for Service of Process:**
National Registered Agents, Inc.
5615 Corporate Boulevard, Suite 400B
Baton Rouge, LA 70808