# Exhibit A

# Customer Line Item Display

Customer: 40417
Company Code: 70
Name: ESP Petro Chemical
City: Carencro

| Pstng Date | Doc. Date | DocumentNo | Typ | S | DD | Amount in DC | Curr. | Amt in loc.cur. | P | Net due dt | Clrng doc. | Reference | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/28/2013 | 01/11/2013 | 800000209 | Z1 | | | 44,594.050 | USD | 44,594.050 | B | 02/10/2013 | | I-13-10032 | Init.Load Invoice PO. S-4418-BB |
| 02/28/2013 | 01/23/2013 | 800000210 | Z1 | | | 4,448.550 | USD | 4,448.550 | B | 02/22/2013 | | I-13-10054 | Init.Load Invoice PO. S-4339JP |
| 02/28/2013 | 01/29/2013 | 800000211 | Z1 | | | 56,905.400 | USD | 56,905.400 | B | 02/28/2013 | | I-12-9926 | Init.Load Invoice PO. S-4339JP |
| 02/28/2013 | 01/29/2013 | 800000212 | Z1 | | | 5,805.000 | USD | 5,805.000 | B | 02/28/2013 | | I-12-9867 | Init.Load Invoice PO. S-4293JP |
| 02/28/2013 | 01/29/2013 | 800000213 | Z1 | | | 9,244.400 | USD | 9,244.400 | B | 02/28/2013 | | I-13-10000 | Init.Load Invoice PO. S-4386-BB |
| 02/28/2013 | 01/30/2013 | 800000214 | Z1 | | | 14,810.400 | USD | 14,810.400 | B | 03/01/2013 | | I-13-10108 | Init.Load Invoice PO. P4455-LD |
| 02/28/2013 | 02/04/2013 | 800000215 | Z1 | | | 7,260.000 | USD | 7,260.000 | B | 03/06/2013 | | I-13-101082 | Init.Load Invoice PO. P4455-LD |
| 02/28/2013 | 02/06/2013 | 800000216 | Z1 | | | 9,929.400 | USD | 9,929.400 | B | 03/08/2013 | | I-13-101083 | Init.Load Invoice PO. P4455-LD |
| 02/28/2013 | 02/22/2013 | 800000217 | Z1 | | | 50,226.200 | USD | 50,226.200 | B | 03/24/2013 | | I-13-10188 | Init.Load Invoice PO. S-4546-BB |
| 03/11/2013 | 03/11/2013 | 7013500051 | CE | | | 18,051.100 | USD | 18,051.100 | B | 04/11/2013 | | 7013500051 | |
| 03/25/2013 | 03/25/2013 | 7013500180 | CE | | | 9,128.900 | USD | 9,128.900 | B | 04/25/2013 | | 7013500180 | |
| 04/10/2013 | 04/10/2013 | 7013500348 | C3 | | | 662.000 | USD | 662.000 | B | 05/10/2013 | | 7013500348 | |
| 04/19/2013 | 04/19/2013 | 7013500426 | CE | | | 43,781.750 | USD | 43,781.750 | B | 05/19/2013 | | 7013500426 | |
| * | | | | | | 274,847.150 | USD | 274,847.150 | | | | | |
| ** | | | | | | 274,847.150 | USD | 274,847.150 | | | | | |
| *** | | | | | | 274,847.150 | USD | 274,847.150 | | | | | |

Customer: *
Company Code: *
Name: *
City: *

| Pstng Date | Doc. Date | DocumentNo | Typ | S | DD | Amount in DC | Curr. | Amt in loc.cur. | P | Net due dt | Clrng doc. | Reference | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **** | | | | | | 274,847.150 | USD | 274,847.150 | | | | | |

# Invoice

 

| Date | Invoice # |
|---|---|
| 1/11/2013 | I-13-10032 |

**CST Performance Products Corp.**
14292 Koalstad Road ♦ Conroe, TX 77302 ♦ Phone 936-231-3004 ♦ FAX 936-231-3004

| Bill To | Ship To |
|---|---|
| ESP Petro Chemical<br>PO BOX 640<br>Carencro, LA 70520 | 111 Lions Club Street<br>Scott, LA 70583 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---|---|---|---|---|---|
|  | Net 30 | MC | 1/11/2013 | Averitt | PPADD |

| Quantity | Description | U/M | Price Each | Amount |
|---|---|---|---|---|
|  | PO Numbers: S-4293JP, S-4339JP, S-4276JP, S-4386BB | | | |
| 1,380 | CST-1002 - 3 Drums @ 460 lbs each | | 2.35 | 3,243.00 |
| 4,680 | CST-3515 - 12 Drums @ 390 lbs each | | 1.90 | 8,892.00 |
| 920 | CST-1510 - 2 Drums @ 460 lbs each | | 2.35 | 2,162.00 |
| 9,000 | CST 8651 - 4 Totes @ 2,250 lbs each | | 1.56 | 14,040.00 |
| 13,750 | CST-68441 - 5 Totes @ 2,750 lbs each | lb | 0.88 | 12,100.00 |
| 2,300 | CST 4247 - 1 Tote @ 2,300 lbs each | | 1.42 | 3,266.00 |
| 1 | Freight | | 891.05 | 891.05 |

**PAYMENT INSTRUCTIONS:**
Mail Check to: CST Performance Products Corp.
14292 Koalstad Road
Conroe, TX 77302
Wire to: BANK NAME: COMERICA BANK
ACCOUNT NUMBER: 1852-925013
ROUTING NUMBER: 072 000 096

PRODUCT RETURN POLICY:
No product shall be returned to CST without written approval. CST will only accept returns of unopened and undamaged merchandise within 90 days of the original shipment date. Approved product returns shall be subject to a restocking charge equal to 25% of the sales price. Customer is responsible for the return freight cost and any related charges. CST will not accept returns of custom, specialty or toll products that were manufactured or provided according to customer specifications.

| | |
|---|---|
| Total | $44,594.05 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$44,594.05** |

# Invoice





| Date | Invoice # |
|---|---|
| 1/23/2013 | I-13-10054 |

## CST Performance Products Corp.
14292 Koalstad Road ♦ Conroe, TX 77302 ♦ Phone 936-231-3004 ♦ FAX 936-231-3004

| Bill To | Ship To |
|---|---|
| ESP Petro Chemical<br>PO BOX 640<br>Carencro, LA 70520 | 111 Lions Club Street<br>Scott, LA 70583 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---|---|---|---|---|---|
| S-4418-BB | Net 30 | MC | 1/23/2013 | SAIA | PPADD |

| Quantity | Description | U/M | Price Each | Amount |
|---|---|---|---|---|
| 4,280 | CST 6705 - 8 Drums @ 535 lbs each | | 0.96 | 4,108.80 |
| 1 | Freight | | 339.75 | 339.75 |

**PAYMENT INSTRUCTIONS:**
Mail Check to:  CST Performance Products Corp.
14292 Koalstad Road
Conroe, TX 77302
Wire to:  BANK NAME:  COMERICA BANK
ACCOUNT NUMBER: 1852-925013
ROUTING NUMBER:  072 000 096

PRODUCT RETURN POLICY:
No product shall be returned to CST without written approval.  CST will only accept returns of unopened and undamaged merchandise within 90 days of the original shipment date. Approved product returns shall be subject to a restocking charge equal to 25% of the sales price. Customer is responsible for the return freight cost and any related charges.
CST will not accept returns of custom, specialty or toll products that were manufactured or provided according to customer specifications.

| | |
|---|---|
| **Total** | $4,448.55 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $4,448.55 |

# Invoice




14292 Koalstad Road
Conroe, TX 77302

**CST PPC**

**CST Performance Products Corp.**
14292 Koalstad Road ♦ Conroe, TX 77302 ♦ Phone 936-231-3004 ♦ FAX 936-231-3004

| Date | Invoice # |
|---|---|
| 1/29/2013 | I-12-9926 |

| Bill To | Ship To |
|---|---|
| ESP Petro Chemical<br>PO BOX 640<br>Carencro, LA 70520 | 111 Lions Club Street<br>Scott, LA 70583 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---|---|---|---|---|---|
| S-4339JP | Net 30 | MC | 1/29/2013 | Averitt | PPADD |

| Quantity | Description | U/M | Price Each | Amount |
|---|---|---|---|---|
| 6,750 | CST-8651 - 3 Totes @ 2,250 lbs each | | 1.56 | 10,530.00 |
| 12,344 | THPS - 4 Totes @ 3,086 lbs each | | 1.35 | 16,664.40 |
| 3,200 | CST-8653 - 8 Drums @ 400 lbs each | | 2.15 | 6,880.00 |
| 2,000 | CST-3800 - 1 Tote @ 2,000 lbs each | | 2.75 | 5,500.00 |
| 7,950 | CST-6934 - 3 Totes @ 2,650 lbs each | | 2.18 | 17,331.00 |
| | See Invoice I-13-10000 for Freight Charges (Combined) | | | |

**PAYMENT INSTRUCTIONS:**
Mail Check to: CST Performance Products Corp.
14292 Koalstad Road
Conroe, TX 77302
Wire to: BANK NAME: COMERICA BANK
ACCOUNT NUMBER: 1852-925013
ROUTING NUMBER: 072 000 096

| | |
|---|---|
| **Total** | $56,905.40 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $56,905.40 |

PRODUCT RETURN POLICY:
No product shall be returned to CST without written approval. CST will only accept returns of unopened and undamaged merchandise within 90 days of the original shipment date. Approved product returns shall be subject to a restocking charge equal to 25% of the sales price. Customer is responsible for the return freight cost and any related charges. CST will not accept returns of custom, specialty or toll products that were manufactured or provided according to customer specifications.

# Invoice



14292 Koalstad Road
Conroe, TX 77302

PPC



## CST Performance Products Corp.
14292 Koalstad Road ♦ Conroe, TX 77302 ♦ Phone 936-231-3004 ♦ FAX 936-231-3004

| Date | Invoice # |
|---|---|
| 1/29/2013 | I-12-9867 |

| Bill To | Ship To |
|---|---|
| ESP Petro Chemical<br>PO BOX 640<br>Carencro, LA 70520 | 111 Lions Club Street<br>Scott, LA 70583 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---|---|---|---|---|---|
| S-4293JP | Net 30 | MC | 1/29/2013 | Averitt | PPADD |

| Quantity | Description | U/M | Price Each | Amount |
|---|---|---|---|---|
| 2,700 | CST 1010 - 6 Drums @ 450 lbs each | | 2.15 | 5,805.00 |
| | See Invoice I-13-10000 for Freight Charges (Combined) | | | |

**PAYMENT INSTRUCTIONS:**
Mail Check to: CST Performance Products Corp.
14292 Koalstad Road
Conroe, TX 77302
Wire to: BANK NAME: COMERICA BANK
ACCOUNT NUMBER: 1852-925013
ROUTING NUMBER: 072 000 096

| | |
|---|---|
| Total | $5,805.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$5,805.00** |

PRODUCT RETURN POLICY:
No product shall be returned to CST without written approval. CST will only accept returns of unopened and undamaged merchandise within 90 days of the original shipment date. Approved product returns shall be subject to a restocking charge equal to 25% of the sales price. Customer is responsible for the return freight cost and any related charges.
CST will not accept returns of custom, specialty or toll products that were manufactured or provided according to customer specifications.

# Invoice

 

| Date | Invoice # |
|---|---|
| 1/29/2013 | I-13-10000 |

## CST Performance Products Corp.
14292 Koalstad Road ♦ Conroe, TX 77302 ♦ Phone 936-231-3004 ♦ FAX 936-231-3004

| Bill To | Ship To |
|---|---|
| ESP Petro Chemical<br>PO BOX 640<br>Carencro, LA 70520 | 111 Lions Club Street<br>Scott, LA 70583 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---|---|---|---|---|---|
| S-4386-BB | Net 30 | MC | 1/29/2013 | Averitt | PPADD |

| Quantity | Description | U/M | Price Each | Amount |
|---|---|---|---|---|
| 1,380 | CST-1002 - 3 Drums @ 460 lbs each | | 2.35 | 3,243.00 |
| 1,320 | CST-6220 - 3 Drums @ 440 lbs each | | 1.52 | 2,006.40 |
| 1,380 | OFI-1316 - 3 Drums @ 460 lbs each | | 2.25 | 3,105.00 |
| 1 | Freight - Combined Freight for Invoices I-12-9867, I-12-9926 and I-13-10000 | | 890.00 | 890.00 |

**PAYMENT INSTRUCTIONS:**
Mail Check to: CST Performance Products Corp.
14292 Koalstad Road
Conroe, TX 77302
Wire to: BANK NAME: COMERICA BANK
ACCOUNT NUMBER: 1852-925013
ROUTING NUMBER: 072 000 096

**PRODUCT RETURN POLICY:**
No product shall be returned to CST without written approval. CST will only accept returns of unopened and undamaged merchandise within 90 days of the original shipment date. Approved product returns shall be subject to a restocking charge equal to 25% of the sales price. Customer is responsible for the return freight cost and any related charges. CST will not accept returns of custom, specialty or toll products that were manufactured or provided according to customer specifications.

| | |
|---|---|
| **Total** | $9,244.40 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $9,244.40 |

# Invoice




**CST Performance Products Corp.**
14292 Koalstad Road ♦ Conroe, TX 77302 ♦ Phone 936-231-3004 ♦ FAX 936-231-3004

| Date | Invoice # |
|---|---|
| 1/30/2013 | I-13-10108 |

| Bill To | Ship To |
|---|---|
| ESP Petro Chemical<br>PO BOX 640<br>Carencro, LA 70520 | 1108 Albrad<br>Pharr, TX  78577 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---|---|---|---|---|---|
| P4455-LD | Net 30 | MC | 1/30/2013 | SAIA | PPADD |

| Quantity | Description | U/M | Price Each | Amount |
|---|---|---|---|---|
| 6,172 | THPS - 2 Totes @ 3,086 lbs each | lb | 1.35 | 8,332.20 |
| 2,910 | CST-2800 - 1 Tote @ 2,910 lbs each | | 1.02 | 2,968.20 |
| 2,250 | CST 8651 - 1 Tote @ 2,250 lbs each | | 1.56 | 3,510.00 |

**PAYMENT INSTRUCTIONS:**
Mail Check to:  CST Performance Products Corp.
14292 Koalstad Road
Conroe, TX 77302
Wire to: BANK NAME:  COMERICA BANK
ACCOUNT NUMBER: 1852-925013
ROUTING NUMBER:  072 000 096

PRODUCT RETURN POLICY:
No product shall be returned to CST without written approval.  CST will only accept returns of unopened and undamaged merchandise within 90 days of the original shipment date. Approved product returns shall be subject to a restocking charge equal to 25% of the sales price. Customer is responsible for the return freight cost and any related charges. CST will not accept returns of custom, specialty or toll products that were manufactured or provided according to customer specifications.

| | |
|---|---|
| Total | $14,810.40 |
| Payments/Credits | $0.00 |
| **Balance Due** | $14,810.40 |

# Invoice



**CST Performance Products Corp.**
14292 Koalstad Road ♦ Conroe, TX 77302 ♦ Phone 936-231-3004 ♦ FAX 936-231-3004



14292 Koalstad Road
Conroe, TX 77302
PPC

| Date | Invoice # |
|---|---|
| 2/4/2013 | I-13-101082 |

| Bill To | Ship To |
|---|---|
| ESP Petro Chemical<br>PO BOX 640<br>Carencro, LA 70520 | 1108 Albrad<br>Pharr, TX  78577 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---|---|---|---|---|---|
| P4455-LD | Net 30 | MC | 2/4/2013 | SAIA | PPADD |

| Quantity | Description | U/M | Price Each | Amount |
|---|---|---|---|---|
| 8,250 | CST-68441 - 3 Totes @ 2,750 lbs each | lb | 0.88 | 7,260.00 |

**PAYMENT INSTRUCTIONS:**
Mail Check to:  CST Performance Products Corp.
14292 Koalstad Road
Conroe, TX 77302
Wire to:  BANK NAME:  COMERICA BANK
ACCOUNT NUMBER:  1852-925013
ROUTING NUMBER:  072 000 096

| | |
|---|---|
| Total | $7,260.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$7,260.00** |

PRODUCT RETURN POLICY:
No product shall be returned to CST without written approval.  CST will only accept returns of unopened and undamaged merchandise within 90 days of the original shipment date. Approved product returns shall be subject to a restocking charge equal to 25% of the sales price. Customer is responsible for the return freight cost and any related charges.
CST will not accept returns of custom, specialty or toll products that were manufactured or provided according to customer specifications.

# Invoice

 

**CST Performance Products Corp.**
14292 Koalstad Road ♦ Conroe, TX 77302 ♦ Phone 936-231-3004 ♦ FAX 936-231-3004

| Date | Invoice # |
|---|---|
| 2/6/2013 | I-13-101083 |

| Bill To |
|---|
| ESP Petro Chemical<br>PO BOX 640<br>Carencro, LA 70520 |

| Ship To |
|---|
| 1108 Albrad<br>Pharr, TX 78577 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---|---|---|---|---|---|
| P4455-LD | Net 30 | MC | 2/6/2013 | SAIA | PPADD |

| Quantity | Description | U/M | Price Each | Amount |
|---|---|---|---|---|
| 1,950 | CST-3515 - 5 Drums @ 390 lbs each | lb | 1.90 | 3,705.00 |
| 5,820 | CST-2800 - 2 Totes @ 2,910 lbs each | | 1.02 | 5,936.40 |
| 1 | Freight | | 288.00 | 288.00 |

**PAYMENT INSTRUCTIONS:**
Mail Check to: CST Performance Products Corp.
14292 Koalstad Road
Conroe, TX 77302
Wire to: BANK NAME: COMERICA BANK
ACCOUNT NUMBER: 1852-925013
ROUTING NUMBER: 072 000 096

**PRODUCT RETURN POLICY:**
No product shall be returned to CST without written approval. CST will only accept returns of unopened and undamaged merchandise within 90 days of the original shipment date. Approved product returns shall be subject to a restocking charge equal to 25% of the sales price. Customer is responsible for the return freight cost and any related charges.
CST will not accept returns of custom, specialty or toll products that were manufactured or provided according to customer specifications.

| | |
|---|---|
| **Total** | $9,929.40 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $9,929.40 |




# Invoice

| Date | Invoice # |
|---|---|
| 2/22/2013 | I-13-10188 |

## CST Performance Products Corp.
14292 Koalstad Road ♦ Conroe, TX 77302 ♦ Phone 936-231-3004 ♦ FAX 936-231-3004

| Bill To | Ship To |
|---|---|
| ESP Petro Chemical<br>PO BOX 640<br>Carencro, LA 70520 | 111 Lions Club Street<br>Scott, LA 70583 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---|---|---|---|---|---|
| S-4546-BB | Net 30 | MC | 2/22/2013 | Averitt | PPADD |

| Quantity | Description | U/M | Price Each | Amount |
|---|---|---|---|---|
| 1,840 | CST 1002 - 4 Drums @ 460 lbs each | | 2.35 | 4,324.00 |
| 880 | CST 1000 - 2 Drums @ 440 lbs each | | 2.22 | 1,953.60 |
| 920 | CST 1510 - 2 Drums @ 460 lbs each | | 2.35 | 2,162.00 |
| 9,000 | CST 8651 - 4 Totes @ 2,250 lbs each | | 1.56 | 14,040.00 |
| 8,250 | CST-68441 - 3 Totes @ 2,750 lbs each | lb | 0.88 | 7,260.00 |
| 2,300 | CST 4247 - 1 Tote @ 2,300 lbs each | | 1.42 | 3,266.00 |
| 1,600 | CST-8150 - 4 Drums @ 400 lbs each | | 1.93 | 3,088.00 |
| 6,447 | CST 8080 - 3 Totes @ 2,149 lbs each | | 2.05 | 13,216.35 |
| 1 | Freight | | 916.25 | 916.25 |

**PAYMENT INSTRUCTIONS:**
Mail Check to:  CST Performance Products Corp.
14292 Koalstad Road
Conroe, TX 77302
Wire to: BANK NAME:  COMERICA BANK
ACCOUNT NUMBER:  1852-925013
ROUTING NUMBER:  072 000 096

PRODUCT RETURN POLICY:
No product shall be returned to CST without written approval.  CST will only accept returns of unopened and undamaged merchandise within 90 days of the original shipment date. Approved product returns shall be subject to a restocking charge equal to 25% of the sales price. Customer is responsible for the return freight cost and any related charges.
CST will not accept returns of custom, specialty or toll products that were manufactured or provided according to customer specifications.

| Total | $50,226.20 |
|---|---|
| Payments/Credits | $0.00 |
| **Balance Due** | $50,226.20 |



**CST Performance Products Corp.**
14292 Koalstad Road - Conroe, TX 77302 - Phone 936-231-3004 - Fax 936-231-3002

| CONSIGNEE: | BILL TO |
|---|---|
| ESP PETRO CHEMICALS<br>1108 ALBRAD<br>PHARR   78577 TX<br>USA | ESP Petro Chemical<br>PO BOX 640<br>Carencro 70520 LA<br>USA<br>Customer: 40417 |

INVOICE N°: 7013500051    DATE: 03/11/2013    YOUR ORDER:    P-4645-RV / 03/01/2013
TERMS OF DELIVERY: PPD .

TERMS OF PAYMENT: NET AT 30 DAYS I.D.                                EXPIRY DATE: 04/11/2013
REMIT TO:
BANK ACCOUNT NUMBER :

| DESCRIPTION OF GOODS | QTY | UNIT PRICE / USD | AMOUNT | TOTAL |
|---|---|---|---|---|
| F014129-0T0300 - CST-8651<br>TOTE 275 2250 LBS<br>TRANSPORT COST<br>COUNTRY OF ORIGIN:<br>HS. CODE: | 6,750 LB | 1.560 | 10,530.000<br>935.000 | 11,465.000 |
| F014081-0T0300 - CST-68441<br>TOTE 275 2750 LBS<br>COUNTRY OF ORIGIN:<br>HS. CODE: | 2,750 LB | 0.880 | 2,420.000 | 2,420.000 |
| F214031-0T0300 - THPS 75%<br>TOTE 275 3086 LBS<br>COUNTRY OF ORIGIN:<br>HS. CODE: | 3,086 LB | 1.350 | 4,166.100 | 4,166.100 |

**Sales document : 70100101 - Delivery : 81170312 - Bill of Lading : 7000200038 / 03/07/2013**

7020137013500051



**CST Performance Products Corp.**
14292 Koalstad Road - Conroe, TX 77302 - Phone 936-231-3004 - Fax 936-231-3002

|  | Date/Doc. no. | Page |
|---|---|---|
|  | 03/11/2013 / 7013500051 | 2 / 2 |

```
Items total                                              18,051.100
State Sales Tax                                               0.000
TOTAL AMOUNT                 USD                         17,116.100
TOTAL DISCOUNT AND SURCHARGE         USD                    935.000
TOTAL INVOICE AMOUNT         USD                         18,051.100
```

A/R Sales Tax, exempt



**CST Performance Products Corp.**
14292 Koalstad Road - Conroe, TX 77302 - Phone 936-231-3004 - Fax 936-231-3002

| CONSIGNEE: | BILL TO |
|---|---|
| ESP PETRO CHEMICALS<br>1108 ALBRAD<br>PHARR   78577 TX<br>USA | ESP Petro Chemical<br>PO BOX 640<br>Carencro 70520 LA<br>USA<br>Customer: 40417 |

| INVOICE N°: 7013500180 | DATE: 03/25/2013 | YOUR ORDER: | P-4686IC / 03/18/2013 |
|---|---|---|---|

TERMS OF DELIVERY: PPD .

TERMS OF PAYMENT: NET AT 30 DAYS I.D.                                EXPIRY DATE: 04/25/2013
REMIT TO:
BANK ACCOUNT NUMBER :

| DESCRIPTION OF GOODS | QTY | UNIT PRICE / USD | AMOUNT | TOTAL |
|---|---|---|---|---|
| F214032-0T0300 - CST-8080 - BENZALKONIUM CHLORIDE 80%<br>TOTE 275 2149 LBS | 2 UN | 2.050 | 8,810.900 | |
| TRANSPORT COST | | | 318.000 | 9,128.900 |
| COUNTRY OF ORIGIN: | | | | |
| HS. CODE: | | | | |

Sales document : 70100200 - Delivery : 81172087 - Bill of Lading : 7000200094 / 03/18/2013

|  |  |  |
|---|---|---|
| Items total | | 9,128.900 |
| State Sales Tax | | 0.000 |
| **TOTAL AMOUNT** | USD | **8,810.900** |
| TOTAL DISCOUNT AND SURCHARGE | USD | 318.000 |
| **TOTAL INVOICE AMOUNT** | USD | **9,128.900** |

A/R Sales Tax, exempt

7020137013500180



**CST Performance Products Corp.**
14292 Koalstad Road - Conroe, TX 77302 - Phone 936-231-3004 - Fax 936-231-3002

| CONSIGNEE: | BILL TO |
|---|---|
| ESP Petro Chemical<br>PO BOX 640<br>Carencro  LA  70520<br>USA | ESP Petro Chemical<br>PO BOX 640<br>Carencro  LA  70520<br>USA<br>Customer: 40417 |

**DEBIT NOTE N° : 7013500348**     **DATE: 04/10/2013**     **YOUR ORDER:**     P-4645-RV /
TERMS OF DELIVERY: PPA

TERMS OF PAYMENT: NET AT 30 DAYS I.D.                              EXPIRY DATE: 05/10/2013
REMIT TO: COMERICA BANK
BANK ACCOUNT NUMBER : 1852-925013 Routing Number: 072 000 096

| DESCRIPTION OF GOODS | QTY | UNIT PRICE / USD | AMOUNT | TOTAL |
|---|---|---|---|---|
| 000000000000001020 -<br>Additional Freight not included on Invoice 7013500051<br>662.000<br>COUNTRY OF ORIGIN:<br>HS. CODE: | 1 NR | | 662.000 | 662.000 |

**Sales document : 70100392 - Delivery : 70100392 - Bill of Lading : /**

|  |  |  |
|---|---|---|
| Items total | | 662.000 |
| State Sales Tax | | 0.000 |
| **TOTAL AMOUNT** | **USD** | **662.000** |
| TOTAL DISCOUNT AND SURCHARGE | USD | 0.000 |
| **TOTAL INVOICE AMOUNT** | **USD** | **662.000** |

A/R Sales Tax, exempt

7020137013500348



**CST Performance Products Corp.**
14292 Koalstad Road - Conroe, TX 77302 - Phone 936-231-3004 - Fax 936-231-3002

| CONSIGNEE: | BILL TO |
|---|---|
| ESP PETROCHEMICALS INC.<br>111 LIONS CLUB STREET<br>SCOTT, LA  70583<br>USA | ESP Petro Chemical<br>PO BOX 640<br>Carencro LA 70520<br>USA<br>Customer: 40417 |

**INVOICE N°: 7013500426**      DATE: 04/19/2013      YOUR ORDER:      S-4661-BB / 03/06/2013
TERMS OF DELIVERY: PPD .

TERMS OF PAYMENT: NET AT 30 DAYS I.D.                                EXPIRY DATE: 05/19/2013
REMIT TO: COMERICA BANK
BANK ACCOUNT NUMBER : 1852-925013 Routing Number: 072 000 096

| DESCRIPTION OF GOODS | QTY | UNIT PRICE / USD | AMOUNT | TOTAL |
|---|---|---|---|---|
| F014129-0T0300 - CST-8651<br>TOTE 275 2250 LBS<br>COUNTRY OF ORIGIN:<br>HS. CODE: | 6 UN | 1.560 | 21,060.000 | **21,060.000** |
| F214032-0T0300 - CST-8080 - BENZALKONIUM CHLORIDE 80%<br>TOTE 275 2149 LBS<br>COUNTRY OF ORIGIN:<br>HS. CODE: | 3 UN | 2.050 | 13,216.350 | **13,216.350** |
| F014077-0D0800 - CST-6705<br>DRUM PL 515 LBS<br>COUNTRY OF ORIGIN:<br>HS. CODE: | 6 UN | 0.960 | 2,966.400 | **2,966.400** |
| F214118-0D0700 - KW-115 (CST-3515)<br>DRUM ST 390 LBS<br>TRANSPORT COST<br>COUNTRY OF ORIGIN:<br>HS. CODE: | 8 UN | 1.900 | 5,928.000<br>611.000 | **6,539.000** |

**Sales document : 70100137 - Delivery : 81174605 - Bill of Lading : 7000200168 / 04/02/2013**

7020137013500426



**CST Performance Products Corp.**
14292 Koalstad Road - Conroe, TX 77302 - Phone 936-231-3004 - Fax 936-231-3002

| Date/Doc. no. | Page |
|---|---|
| 04/19/2013 / 7013500426 | 2 / 2 |

```
Items total                                             43,781.750
State Sales Tax                                              0.000
TOTAL AMOUNT               USD                          43,170.750
TOTAL DISCOUNT AND SURCHARGE        USD                    611.000
TOTAL INVOICE AMOUNT       USD                          43,781.750
```

A/R Sales Tax, exempt