# Exhibit B

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| CST PERFORMANCE PRODUCTS CORP. | |
| Plaintiff, | CIVIL ACTION NO. |
| VERSUS | SECTION |
| ESP PETROCHEMICALS, INC. | JUDGE |
| Defendant. | MAGISTRATE |

**AFFIDAVIT OF**
**VERIFICATION AND CORRECTNESS**

STATE OF TEXAS

COUNTY OF MONTGOMERY

    BEFORE ME, undersigned notary comes

**ROBERT R. WEBBER**

Controller for CST Performance Products Corp. who came before me and stated as follows:

1. I am the Controller for CST Performance Products Corp.

2. I have reviewed the Complaint filed by CST Performance Products Corp. in the above captioned lawsuit and the factual allegations stated therein are true and correct.

3. I have reviewed the invoice amount owed by ESP Petrochemicals, Inc. which is attached to the Complaint as Exhibit "A." I verify that the amount alleged in the Complaint to be due to CST Performance Products Corp. totaling TWO

HUNDRED SEVENTY-FOUR THOUSAND EIGHT HUNDRED FORTY-SEVEN AND 15/100 ($274,847.15) DOLLARS are true and correct.

SIGNED THIS  21st  DAY OF JANUARY, 2014.

CST PERFORMANCE PRODUCTS CORP.

SWORN TO AND SUBSCRIBED BEFORE ME
UNDERSIGNED NOTARY PUBLIC
THIS 21st DAY OF JANUARY, 2014

_Michelle Klein_
NOTARY PUBLIC

MICHELLE KLEIN
Notary Public, State of Texas
My Commission Expires
February 19, 2017

State of Texas
County of Montgomery

BY: _Robert R. Webber_
**ROBERT R. WEBBER**
**Controller**