UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

CST PERFORMANCE PRODUCTS CORP.

    Plaintiff,

VERSUS

ESP PETROCHEMICALS, INC.

    Defendant.

CIVIL ACTION NO. 6:14-cv-00105-RFD-MH

JUDGE REBECCA F. DOHERTY

MAGISTRATE C. MICHAEL HILL

## <u>AFFIDAVIT</u>

STATE OF TEXAS

COUNTY OF MONTGOMERY

    BEFORE ME, the undersigned notary, personally came and appeared:

### ROBERT R. WEBBER

who, after being duly sworn, did depose and say the following, to-wit:

1.  That he is the Controller for Plaintiff, CST Performance Products Corp. ("CST");

2.  That he has reviewed the Complaint filed by CST in the above-captioned lawsuit and the factual allegations stated therein are true and correct;

3.  That in his capacity as Controller for CST, he is familiar with the business records, and record-keeping practices, of CST;

4.  That the invoices attached to CST's Complaint, <u>see</u> Rec. Doc. 1-1, and that are now attached hereto <u>in globo</u> as Exhibit A-1, are true and correct copies of the original invoices; that the invoices are business records that were made at or near the time of the transactions with Defendant, ESP Petrochemicals, Inc. ("ESP"), by



Page | 1

a person with knowledge of the transaction; that the invoices were kept in the course of CST's regularly conducted business activity; and that preparing the invoices was a regular practice of CST;

5. That he has reviewed the invoices attached to the Complaint, see Doc. 1-1, and that are now attached hereto in globo as Exhibit A-1, and he verifies that the amount alleged in the Complaint to be due to CST totaling TWO HUNDRED SEVENTY-FOUR THOUSAND EIGHT HUNDRED FORTY-SEVEN AND 15/100 ($274,847.15) DOLLARS was true and correct at the time of the filing of this action;

6. That ESP entered into a Repayment Agreement with CST to pay the sum of $274,847.15, see Exhibit A-2 attached hereto, and in conjunction therewith executed the attached Affidavit of Confession of Judgment, see Exhibit A-3;

7. That the Repayment Agreement  provides that ESP shall incur a ten (10%) percent late fee for any payment overdue by more than ten (10) days after the due date, see Exhibit A-2 at ¶ 1.2 (Repayment Agreement) and five (5%) percent interest and late fees from the original invoice date, see Exhibit A-2 at ¶1.3 (Repayment Agreement), plus current and future attorneys' fees and costs, see Exhibit A-2 at ¶ 2.1 (Repayment Agreement); and

7. That since the filing of this action, ESP has made partial payments to Plaintiff in the amount of $45,900.00, thereby reducing the principal invoiced sum now owed to Plaintiff to $228,947.15.

SIGNED THIS ___*10*___ DAY OF MARCH, 2015.

SWORN TO AND SUBSCRIBED BEFORE ME

UNDERSIGNED NOTARY PUBLIC

THIS __10th__ DAY OF MARCH, 2015.

_Michelle Klein_
NOTARY PUBLIC

MICHELLE KLEIN
Notary Public, State of Texas
My Commission Expires
February 19, 2017

CST PERFORMANCE PRODUCTS CORP.

BY: _____

**ROBERT R. WEBBER**
**Controller**

List   Edit   Goto   Extras   Environment   Settings   System   Help

## Customer Line Item Display

Customer          40417
Company Code      70

Name      ESP Petro Chemical
City      Carteret

| Pstng Date | Doc. Date | DocumentNo | Typ | S | ID | Amount in DC | Curr | Amt in loc.cur. | P | Net due dt | Clrng doc. | Reference | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/28/2013 | 02/11/2013 | 800000209 | ZI | | ⊠ | 44,594.050 | USD | 44,594.050 | B | 02/10/2013 | | I-13-10032 | Init.Load Invoice PO. |
| 02/28/2013 | 01/23/2013 | 800000210 | ZI | | ⊠ | 4,448.350 | USD | 4,448.350 | B | 02/22/2013 | | I-13-10054 | Init.Load Invoice PO. S-4418-BB |
| 02/28/2013 | 01/23/2013 | 800000211 | ZI | | ⊠ | 56,905.400 | USD | 56,905.400 | B | 02/28/2013 | | I-12-9926 | Init.Load Invoice PO. S-4358JF |
| 02/28/2013 | 01/29/2013 | 800000212 | ZI | | ⊠ | 5,805.000 | USD | 5,805.000 | B | 02/28/2013 | | I-12-9867 | Init.Load Invoice PO. S-4292JF |
| 02/28/2013 | 01/23/2013 | 800000213 | ZI | | ⊠ | 9,244.400 | USD | 9,244.400 | B | 02/28/2013 | | I-13-10000 | Init.Load Invoice PO. S-4486-BB |
| 02/28/2013 | 01/30/2013 | 800000214 | ZI | | ⊠ | 14,810.400 | USD | 14,810.400 | B | 03/01/2013 | | I-13-10108 | Init.Load Invoice PO. P4455-LD |
| 02/28/2013 | 02/04/2013 | 800000215 | ZI | | ⊠ | 7,280.000 | USD | 7,280.000 | B | 03/06/2013 | | I-13-101082 | Init.Load Invoice PO. P4455-LD |
| 02/28/2013 | 02/06/2013 | 800000216 | ZI | | ⊠ | 9,929.400 | USD | 9,929.400 | B | 03/08/2013 | | I-13-101085 | Init.Load Invoice PO. P4455-LD |
| 02/28/2013 | 02/22/2013 | 800000217 | ZI | | ⊠ | 50,226.200 | USD | 50,226.200 | B | 03/24/2013 | | I-13-10188 | Init.Load Invoice PO. S-4546-BB |
| 03/11/2013 | 03/11/2013 | 7013S00051 | CE | | ⊠ | 18,051.100 | USD | 18,051.100 | B | 04/11/2013 | | 7013S00051 | |
| 03/25/2013 | 04/10/2013 | 7013S00180 | CE | | ⊠ | 9,128.900 | USD | 9,128.900 | B | 04/25/2013 | | 7013S00180 | |
| 04/10/2013 | 04/10/2013 | 7013S00348 | CE | | ⊠ | 662.000 | USD | 662.000 | B | 05/10/2013 | | 7013S00348 | |
| 04/19/2013 | 04/19/2013 | 7013S00426 | CE | | ⊠ | 43,781.750 | USD | 43,781.750 | B | 05/19/2013 | | 7013S00426 | |
| * | | | | | ⊠ | 274,847.150 | USD | 274,847.150 | | | | | |
| ** | | | | | | 274,847.150 | USD | 274,847.150 | | | | | |
| *** | | | | | | 274,847.150 | USD | 274,847.150 | | | | | |

Customer
Company Code
Name    *  *
City    *  *

| Pstng Date | Doc. Date | DocumentNo | Typ | S | ID | Amount in DC | Curr | Amt in loc.cur. | P | Net due dt | Clrng doc. | Reference | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **** | | | | | | 274,847.150 | USD | 274,847.150 | | | | | |



EXHIBIT
A-1





# Invoice

| Date | Invoice # |
|------|-----------|
| 1/11/2013 | I-13-10032 |

## CST Performance Products Corp.
14292 Koalstad Road ♦ Conroe, TX 77302 ♦ Phone 936-231-3004 ♦ FAX 936-231-3004

| Bill To | Ship To |
|---------|---------|
| ESP Petro Chemical<br>PO BOX 640<br>Carencro, LA 70520 | 111 Lions Club Street<br>Scott, LA 70583 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|-------------|-------|-----|------|-----|--------|
| | Net 30 | MC | 1/11/2013 | Averitt | PPADD |

| Quantity | Description | U/M | Price Each | Amount |
|----------|-------------|-----|-----------|--------|
| | PO Numbers: S-4293JP, S-4339JP, S-4276JP, S-4386BB | | | |
| 1,380 | CST-1002 - 3 Drums @ 460 lbs each | | 2.35 | 3,243.00 |
| 4,680 | CST-3515 - 12 Drums @ 390 lbs each | | 1.90 | 8,892.00 |
| 920 | CST-1510 - 2 Drums @ 460 lbs each | | 2.35 | 2,162.00 |
| 9,000 | CST 8651 - 4 Totes @ 2,250 lbs each | lb | 1.56 | 14,040.00 |
| 13,750 | CST-68441 - 5 Totes @ 2,750 lbs each | | 0.88 | 12,100.00 |
| 2,300 | CST 4247 - 1 Tote @ 2,300 lbs each | | 1.42 | 3,266.00 |
| 1 | Freight | | 891.05 | 891.05 |

PAYMENT INSTRUCTIONS:
Mail Check to: CST Performance Products Corp.
14292 Koalstad Road
Conroe, TX 77302
Wire to: BANK NAME: COMERICA BANK
ACCOUNT NUMBER: 1852-925013
ROUTING NUMBER: 072 000 096

PRODUCT RETURN POLICY:
No product shall be returned to CST without written approval. CST will only accept returns of unopened and undamaged merchandise within 90 days of the original shipment date. Approved product returns shall be subject to a restocking charge equal to 25% of the sales price. Customer is responsible for the return freight cost and any related charges. CST will not accept returns of custom, specialty or toll products that were manufactured or provided according to customer specifications.

| Total | $44,594.05 |
|-------|-----------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $44,594.05 |





# Invoice

| Date | Invoice # |
|------|-----------|
| 1/23/2013 | I-13-10054 |

## CST Performance Products Corp.
14292 Koalstad Road ♦ Conroe, TX 77302 ♦ Phone 936-231-3004 ♦ FAX 936-231-3004

| Bill To | Ship To |
|---------|---------|
| ESP Petro Chemical<br>PO BOX 640<br>Carencro, LA 70520 | 111 Lions Club Street<br>Scott, LA 70583 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|-------------|-------|-----|------|-----|--------|
| S-4418-BB | Net 30 | MC | 1/23/2013 | SAIA | PPADD |

| Quantity | Description | U/M | Price Each | Amount |
|----------|-------------|-----|-----------|--------|
| 4,280 | CST 6705 - 8 Drums @ 535 lbs each | | 0.96 | 4,108.80 |
| 1 | Freight | | 339.75 | 339.75 |

PAYMENT INSTRUCTIONS:
Mail Check to: CST Performance Products Corp.
14292 Koalstad Road
Conroe, TX 77302
Wire to: BANK NAME: COMERICA BANK
ACCOUNT NUMBER: 1852-925013
ROUTING NUMBER: 072 000 096

PRODUCT RETURN POLICY:
No product shall be returned to CST without written approval. CST will only accept returns of
unopened and undamaged merchandise within 90 days of the original shipment date.
Customer is responsible for the return freight cost and any related charges.
CST will not accept returns of custom, specialty or toll products that were manufactured or
provided according to customer specifications.

| Total | $4,448.55 |
|-------|-----------|
| Payments/Credits | $0.00 |
| **Balance Due** | $4,448.55 |





# Invoice

| Date | Invoice # |
|---|---|
| 1/29/2013 | I-12-9926 |

## CST Performance Products Corp.

14292 Koalstad Road ♦ Conroe, TX 77302 ♦ Phone 936-231-3004 ♦ FAX 936-231-3004

| Bill To | Ship To |
|---|---|
| ESP Petro Chemical<br>PO BOX 640<br>Carencro, LA 70520 | 111 Lions Club Street<br>Scott, LA 70583 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---|---|---|---|---|---|
| S-4339JP | Net 30 | MC | 1/29/2013 | Averitt | PPADD |

| Quantity | Description | U/M | Price Each | Amount |
|---|---|---|---|---|
| 6,750 | CST-8651 - 3 Totes @ 2,250 lbs each | | 1.56 | 10,530.00 |
| 12,344 | THPS - 4 Totes @ 3,086 lbs each | | 1.35 | 16,664.40 |
| 3,200 | CST-8653 - 8 Drums @ 400 lbs each | | 2.15 | 6,880.00 |
| 2,000 | CST-3800 - 1 Tote @ 2,000 lbs each | | 2.75 | 5,500.00 |
| 7,950 | CST-6934 - 3 Totes @ 2,650 lbs each | | 2.18 | 17,331.00 |
| | See Invoice I-13-10000 for Freight Charges (Combined) | | | |

PAYMENT INSTRUCTIONS:
Mail Check to:  CST Performance Products Corp.
14292 Koalstad Road
Conroe, TX 77302
Wire to:  BANK NAME:  COMERICA BANK
ACCOUNT NUMBER: 1852-925013
ROUTING NUMBER:  072 000 096

PRODUCT RETURN POLICY:
No product shall be returned to CST without written approval.  CST will only accept returns of
unopened and undamaged merchandise within 90 days of the original shipment date.
Approved product returns shall be subject to a restocking charge equal to 25% of the sales price.
Customer is responsible for the return freight cost and any related charges.
CST will not accept returns of custom, specialty or toll products that were manufactured or
provided according to customer specifications.

| Total | $56,905.40 |
|---|---|
| Payments/Credits | $0.00 |
| **Balance Due** | $56,905.40 |





# Invoice

| Date | Invoice # |
|------|-----------|
| 1/29/2013 | I-12-9867 |

## CST Performance Products Corp.
14292 Koalstad Road  ♦  Conroe, TX 77302  ♦  Phone 936-231-3004  ♦  FAX 936-231-3004

| Bill To | Ship To |
|---------|---------|
| ESP Petro Chemical<br>PO BOX 640<br>Carencro, LA 70520 | 111 Lions Club Street<br>Scott, LA 70583 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|-------------|-------|-----|------|-----|--------|
| S-4293JP | Net 30 | MC | 1/29/2013 | Averitt | PPADD |

| Quantity | Description | U/M | Price Each | Amount |
|----------|-------------|-----|-----------|--------|
| 2,700 | CST 1010 - 6 Drums @ 450 lbs each<br><br>See Invoice I-13-10000 for Freight Charges (Combined) | | 2.15 | 5,805.00 |

PAYMENT INSTRUCTIONS:
Mail Check to:  CST Performance Products Corp.
14292 Koalstad Road
Conroe, TX 77302
Wire to:  BANK NAME: COMERICA BANK
ACCOUNT NUMBER:  1852-925013
ROUTING NUMBER:  072 000 096

PRODUCT RETURN POLICY:
No product shall be returned to CST without written approval.  CST will only accept returns of
unopened and undamaged merchandise within 90 days of the original shipment date.
Approved product returns shall be subject to a restocking charge equal to 25% of the sales price.
Customer is responsible for the return freight cost and any related charges.
CST will not accept returns of custom, specialty or toll products that were manufactured or
provided according to customer specifications.

| Total | $5,805.00 |
|-------|-----------|
| Payments/Credits | $0.00 |
| **Balance Due** | $5,805.00 |





# Invoice

| Date | Invoice # |
|------|-----------|
| 1/29/2013 | I-13-10000 |

## CST Performance Products Corp.
14292 Koalstad Road ♦ Conroe, TX 77302 ♦ Phone 936-231-3004 ♦ FAX 936-231-3004

| Bill To | Ship To |
|---------|---------|
| ESP Petro Chemical<br>PO BOX 640<br>Carencro, LA 70520 | 111 Lions Club Street<br>Scott, LA 70583 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|-------------|-------|-----|------|-----|--------|
| S-4386-BB | Net 30 | MC | 1/29/2013 | Averitt | PPADD |

| Quantity | Description | U/M | Price Each | Amount |
|----------|-------------|-----|------------|--------|
| 1,380 | CST-1002 - 3 Drums @ 460 lbs each | | 2.35 | 3,243.00 |
| 1,320 | CST-6220 - 3 Drums @ 440 lbs each | | 1.52 | 2,006.40 |
| 1,380 | OFI-1316 - 3 Drums @ 460 lbs each | | 2.25 | 3,105.00 |
| 1 | Freight - Combined Freight for Invoices<br>I-12-9867, I-12-9926 and I-13-10000 | | 890.00 | 890.00 |

PAYMENT INSTRUCTIONS:
Mail Check to:  CST Performance Products Corp.
14292 Koalstad Road
Conroe, TX 77302
Wire to:  BANK NAME:  COMERICA BANK
ACCOUNT NUMBER:  1852-925013
ROUTING NUMBER:  072 000 096

PRODUCT RETURN POLICY:
No product shall be returned to CST without written approval.  CST will only accept returns of
unopened and undamaged merchandise within 90 days of the original shipment date.
Approved product returns shall be subject to a restocking charge equal to 25% of the sales price.
Customer is responsible for the return freight cost and any related charges.
CST will not accept returns of custom, specialty or toll products that were manufactured or
provided according to customer specifications.

| Total | $9,244.40 |
|-------|-----------|
| Payments/Credits | $0.00 |
| Balance Due | $9,244.40 |





# Invoice

| Date | Invoice # |
|------|-----------|
| 1/30/2013 | I-13-10108 |

## CST Performance Products Corp.
14292 Koalstad Road  ♦  Conroe, TX 77302  ♦  Phone 936-231-3004  ♦  FAX 936-231-3004

| Bill To | Ship To |
|---------|---------|
| ESP Petro Chemical<br>PO BOX 640<br>Carencro, LA 70520 | 1108 Albrad<br>Pharr, TX  78577 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|-------------|-------|-----|------|-----|--------|
| P4455-LD | Net 30 | MC | 1/30/2013 | SAIA | PPADD |

| Quantity | Description | U/M | Price Each | Amount |
|----------|-------------|-----|------------|--------|
| 6,172 | THPS - 2 Totes @ 3,086 lbs each | | 1.35 | 8,332.20 |
| 2,910 | CST-2800 - 1 Tote @ 2,910 lbs each | lb | 1.02 | 2,968.20 |
| 2,250 | CST 8651 - 1 Tote @ 2,250 lbs each | | 1.56 | 3,510.00 |

PAYMENT INSTRUCTIONS:
Mail Check to:  CST Performance Products Corp.
14292 Koalstad Road
Conroe, TX 77302
Wire to:  BANK NAME:  COMERICA BANK
ACCOUNT NUMBER:  1852-925013
ROUTING NUMBER:  072 000 096

PRODUCT RETURN POLICY:
No product shall be returned to CST without written approval.  CST will only accept returns of
unopened and undamaged merchandise within 90 days of the original shipment date.
Approved product returns shall be subject to a restocking charge equal to 25% of the sales price.
Customer is responsible for the return freight cost and any related charges.
CST will not accept returns of custom, specialty or toll products that were manufactured or
provided according to customer specifications.

| Total | $14,810.40 |
|-------|-----------|
| Payments/Credits | $0.00 |
| **Balance Due** | $14,810.40 |

 

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/4/2013 | I-13-101082 |

## CST Performance Products Corp.
14292 Koalstad Road  ♦  Conroe, TX 77302  ♦  Phone 936-231-3004  ♦  FAX 936-231-3004

| Bill To | Ship To |
|---------|---------|
| ESP Petro Chemical<br>PO BOX 640<br>Carencro, LA 70520 | 1108 Albrad<br>Pharr, TX  78577 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|-------------|-------|-----|------|-----|--------|
| P4455-LD | Net 30 | MC | 2/4/2013 | SAIA | PPADD |

| Quantity | Description | U/M | Price Each | Amount |
|----------|-------------|-----|-----------|--------|
| 8,250 | CST-68441 - 3 Totes @ 2,750 lbs each | lb | 0.88 | 7,260.00 |

PAYMENT INSTRUCTIONS:
Mail Check to:  CST Performance Products Corp.
14292 Koalstad Road
Conroe, TX 77302
Wire to:  BANK NAME:  COMERICA BANK
ACCOUNT NUMBER:  1852-925013
ROUTING NUMBER:  072 000 096

PRODUCT RETURN POLICY:
No product shall be returned to CST without written approval.  CST will only accept returns of
unopened and undamaged merchandise within 90 days of the original shipment date.
Customer is responsible for the return freight cost and any related charges.
Approved product returns shall be subject to a restocking charge equal to 25% of the sales price.
CST will not accept returns of custom, specialty or toll products that were manufactured or
provided according to customer specifications.

| Total | $7,260.00 |
|-------|-----------|
| Payments/Credits | $0.00 |
| **Balance Due** | $7,260.00 |



14292 Koalstad Road
Conroe, TX 77302

PPC



# Invoice

| Date | Invoice # |
|------|-----------|
| 2/6/2013 | I-13-101083 |

## CST Performance Products Corp.

14292 Koalstad Road   ♦   Conroe, TX 77302   ♦   Phone 936-231-3004   ♦   FAX 936-231-3004

| Bill To | Ship To |
|---------|---------|
| ESP Petro Chemical<br>PO BOX 640<br>Carencro, LA 70520 | 1108 Albrad<br>Pharr, TX  78577 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|-------------|-------|-----|------|-----|--------|
| P4455-LD | Net 30 | MC | 2/6/2013 | SAIA | PPADD |

| Quantity | Description | U/M | Price Each | Amount |
|----------|-------------|-----|------------|--------|
| 1,950 | CST-3515 - 5 Drums @ 390 lbs each | | 1.90 | 3,705.00 |
| 5,820 | CST-2800 - 2 Totes @ 2,910 lbs each | lb | 1.02 | 5,936.40 |
| 1 | Freight | | 288.00 | 288.00 |

PAYMENT INSTRUCTIONS:
Mail Check to:  CST Performance Products Corp.
14292 Koalstad Road
Conroe, TX 77302
Wire to:  BANK NAME:  COMERICA BANK
ACCOUNT NUMBER:  1852-925013
ROUTING NUMBER:  072 000 096

PRODUCT RETURN POLICY:
No product shall be returned to CST without written approval.  CST will only accept returns of
unopened and undamaged merchandise within 90 days of the original shipment date.
Approved product returns shall be subject to a restocking charge equal to 25% of the sales price.
Customer is responsible for the return freight cost and any related charges.
CST will not accept returns of custom, specialty or toll products that were manufactured or
provided according to customer specifications.

| | |
|---|---|
| **Total** | $9,929.40 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $9,929.40 |

 

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/22/2013 | I-13-10188 |

**14292 Koalstad Road**
**Conroe, TX 77302**

*PPC*

## CST Performance Products Corp.
14292 Koalstad Road ◆ Conroe, TX 77302 ◆ Phone 936-231-3004 ◆ FAX 936-231-3004

| Bill To | Ship To |
|---------|---------|
| ESP Petro Chemical<br>PO BOX 640<br>Carencro, LA 70520 | 111 Lions Club Street<br>Scott, LA 70583 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|-------------|-------|-----|------|-----|--------|
| S-4546-BB | Net 30 | MC | 2/22/2013 | Averitt | PPADD |

| Quantity | Description | U/M | Price Each | Amount |
|----------|-------------|-----|------------|--------|
| 1,840 | CST 1002 - 4 Drums @ 460 lbs each | | 2.35 | 4,324.00 |
| 880 | CST 1000 - 2 Drums @ 440 lbs each | | 2.22 | 1,953.60 |
| 920 | CST 1510 - 2 Drums @ 460 lbs each | | 2.35 | 2,162.00 |
| 9,000 | CST 8651 - 4 Totes @ 2,250 lbs each | | 1.56 | 14,040.00 |
| 8,250 | CST-68441 - 3 Totes @ 2,750 lbs each | lb | 0.88 | 7,260.00 |
| 2,300 | CST 4247 - 1 Tote @ 2,300 lbs each | | 1.42 | 3,266.00 |
| 1,600 | CST-8150 - 4 Drums @ 400 lbs each | | 1.93 | 3,088.00 |
| 6,447 | CST 8080 - 3 Totes @ 2,149 lbs each | | 2.05 | 13,216.35 |
| 1 | Freight | | 916.25 | 916.25 |

PAYMENT INSTRUCTIONS:
Mail Check to:  CST Performance Products Corp.
14292 Koalstad Road
Conroe, TX 77302
Wire to:  BANK NAME: COMERICA BANK
ACCOUNT NUMBER: 1852-925013
ROUTING NUMBER:  072 000 096

PRODUCT RETURN POLICY:
No product shall be returned to CST without written approval.  CST will only accept returns of
unopened and undamaged merchandise within 90 days of the original shipment date.
Approved product returns shall be subject to a restocking charge equal to 25% of the sales price.
Customer is responsible for the return freight cost and any related charges.
CST will not accept returns of custom, specialty or toll products that were manufactured or
provided according to customer specifications.

| Total | $50,226.20 |
|-------|-----------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $50,226.20 |



**CST Performance Products Corp.**

14292 Koalstad Road - Conroe, TX 77302 - Phone 936-231-3004 - Fax 936-231-3002

| CONSIGNEE: | BILL TO |
|---|---|
| ESP PETRO CHEMICALS | ESP Petro Chemical |
| 1108 ALBRAD | PO BOX 640 |
| PHARR  78577 TX | Carencro 70520 LA |
| USA | USA |
| | Customer: 40417 |

| INVOICE N°: 7013500051 | DATE: 03/11/2013 | YOUR ORDER: | P-4645-RV / 03/01/2013 |
|---|---|---|---|

TERMS OF DELIVERY: PPD .

TERMS OF PAYMENT: NET AT 30 DAYS I.D.                    EXPIRY DATE: 04/11/2013

REMIT TO:

BANK ACCOUNT NUMBER :

| DESCRIPTION OF GOODS | QTY | UNIT PRICE / USD | AMOUNT | TOTAL |
|---|---|---|---|---|
| F014129-0T0300 - CST-8651 | | | | |
| TOTE 275 2250 LBS | 6,750 LB | 1.560 | 10,530.000 | |
| TRANSPORT COST | | | 935.000 | 11,465.000 |
| COUNTRY OF ORIGIN: | | | | |
| HS. CODE: | | | | |
| F014081-0T0300 - CST-60441 | | | | |
| TOTE 275 2750 LBS | 2,750 LB | 0.880 | 2,420.000 | 2,420.000 |
| COUNTRY OF ORIGIN: | | | | |
| HS. CODE: | | | | |
| F214031-0T0300 - THPS 75% | | | | |
| TOTE 275 3086 LBS | 3,086 LB | 1.350 | 4,166.100 | 4,166.100 |
| COUNTRY OF ORIGIN: | | | | |
| HS. CODE: | | | | |

Sales document : 70100101 - Delivery : 81170312 - Bill of Lading : 7000200038 / 03/07/2013

7020137013500051



**CST Performance Products Corp.**
14292 Koslstad Road - Conroe, TX 77302 - Phone 936-231-3004 - Fax 936-231-3002

| | Date/Doc. no. | Page |
|---|---|---|
| | 03/11/2013 / 7013500051 | 2 / 2 |

| | | |
|---|---|---|
| Items total | | 18,051.100 |
| State Sales Tax | | 0.000 |
| **TOTAL AMOUNT** | USD | **17,116.100** |
| TOTAL DISCOUNT AND SURCHARGE | USD | 935.000 |
| **TOTAL INVOICE AMOUNT** | USD | **18,051.100** |

A/R Sales Tax, exempt



**CST Performance Products Corp.**
14292 Koalstad Road - Conroe, TX 77302 - Phone 936-231-3004 - Fax 936-231-3002

| CONSIGNEE: | BILL TO |
|---|---|
| ESP PETRO CHEMICALS<br>1108 ALBRAD<br>PHARR  78577 TX<br>USA | ESP Petro Chemical<br>PO BOX 640<br>Carencro 70520 LA<br>USA<br>Customer: 40417 |

INVOICE N° : 7013500180          DATE: 03/25/2013          YOUR ORDER:          P-4686IC / 03/18/2013

TERMS OF DELIVERY: PPD .

TERMS OF PAYMENT: NET AT 30 DAYS I.D.                                    EXPIRY DATE: 04/25/2013

REMIT TO:

BANK ACCOUNT NUMBER :

| DESCRIPTION OF GOODS | QTY | UNIT PRICE / USD | AMOUNT | TOTAL |
|---|---|---|---|---|
| F214032-0T0300 - CST-8080 - BENZALKONIUM CHLORIDE 80% | | | | |
| TOTE 275 2149 LBS | 2 UN | 2.050 | 8,810.900 | |
| TRANSPORT COST | | | 318.000 | 9,128.900 |
| COUNTRY OF ORIGIN: | | | | |
| HS. CODE: | | | | |

Sales document : 70100200 - Delivery : 81172087 - Bill of Lading : 7000200094 / 03/18/2013

|  |  |  |
|---|---|---|
| Items total | | 9,128.900 |
| State Sales Tax | | 0.000 |
| **TOTAL AMOUNT** | **USD** | **8,810.900** |
| TOTAL DISCOUNT AND SURCHARGE | USD | 318.000 |
| **TOTAL INVOICE AMOUNT** | **USD** | **9,128.900** |

A/R Sales Tax, exempt

7020137013500180



**CST Performance Products Corp.**
14292 Koalstad Road - Conroe, TX 77302 - Phone 936-231-3004 - Fax 936-231-3002

| CONSIGNEE: | BILL TO |
|---|---|
| ESP Petro Chemical | ESP Petro Chemical |
| PO BOX 640 | PO BOX 640 |
| Carencro  LA  70520 | Carencro LA 70520 |
| USA | USA |
| | Customer: 40417 |

**DEBIT NOTE N° : 7013500348**      DATE: 04/10/2013      YOUR ORDER:      P-4645-RV /

TERMS OF DELIVERY: PPA

TERMS OF PAYMENT: NET AT 30 DAYS I.D.      EXPIRY DATE: 05/10/2013

REMIT TO: COMERICA BANK

BANK ACCOUNT NUMBER : 1852-925013 Routing Number: 072 000 096

| DESCRIPTION OF GOODS | QTY | UNIT PRICE / USD | AMOUNT | TOTAL |
|---|---|---|---|---|
| 00000000000001020 - | | | | |
| Additional Freight not included on Invoice 7013500051 | 1 NR | 662.000 | | 662.000 |
| 662.000 | | | | |
| COUNTRY OF ORIGIN: | | | | |
| HS. CODE: | | | | |

**Sales document : 70100392 - Delivery : 70100392 - Bill of Lading : /**

| | | |
|---|---|---|
| Items total | | 662.000 |
| State Sales Tax | | 0.000 |
| **TOTAL AMOUNT**      USD | | **662.000** |
| TOTAL DISCOUNT AND SURCHARGE      USD | | 0.000 |
| **TOTAL INVOICE AMOUNT**      USD | | **662.000** |

A/R Sales Tax, exempt

7020137013500348



**CST Performance Products Corp.**
14292 Koalstad Road · Conroe, TX 77302 · Phone 936-231-3004 · Fax 936-231-3002

| CONSIGNEE: | BILL TO |
|---|---|
| ESP PETROCHEMICALS INC. | ESP Petro Chemical |
| 111 LIONS CLUB STREET | PO BOX 640 |
| SCOTT,  LA  70583 | Carencro LA 70520 |
| USA | USA |
| | Customer: 40417 |

| INVOICE N° : 7013500426 | DATE: 04/19/2013 | YOUR ORDER: | S-4661-BB / 03/06/2013 |
|---|---|---|---|

TERMS OF DELIVERY: PPD .

TERMS OF PAYMENT: NET AT 30 DAYS I.D.                    EXPIRY DATE: 05/19/2013
REMIT TO: COMERICA BANK
BANK ACCOUNT NUMBER : 1852-925013 Routing Number: 072 000 096

| DESCRIPTION OF GOODS | QTY | UNIT PRICE / USD | AMOUNT | TOTAL |
|---|---|---|---|---|
| F014129-0T0300 - CST-8651 | | | | |
| TOTE 275 2250 LBS | 6 UN | 1.560 | 21,060.000 | 21,060.000 |
| COUNTRY OF ORIGIN: | | | | |
| HS. CODE: | | | | |
| F214032-0T0300 - CST-8080 - BENZALKONIUM CHLORIDE 80% | | | | |
| TOTE 275 2149 LBS | 3 UN | 2.050 | 13,216.350 | 13,216.350 |
| COUNTRY OF ORIGIN: | | | | |
| HS. CODE: | | | | |
| F014077-0D0800 - CST-6705 | | | | |
| DRUM PL 515 LBS | 6 UN | 0.960 | 2,966.400 | 2,966.400 |
| COUNTRY OF ORIGIN: | | | | |
| HS. CODE: | | | | |
| F214118-0D0700 - KW-115 (CST-3515) | | | | |
| DRUM ST 390 LBS | 8 UN | 1.900 | 5,928.000 | |
| TRANSPORT COST | | | 611.000 | 6,539.000 |
| COUNTRY OF ORIGIN: | | | | |
| HS. CODE: | | | | |

Sales document : 70100137 · Delivery : 81174605 · Bill of Lading : 7000200168 / 04/02/2013

7020137013500426



**CST Performance Products Corp.**
14292 Koalstad Road - Conroe, TX 77302 - Phone 936-231-3004 - Fax 936-231-3002

|  | Date/Doc. no. | Page |
|---|---|---|
|  | 04/19/2013 / 7013500426 | 2 / 2 |

| | | |
|---|---|---|
| Items total | | 43,781.750 |
| State Sales Tax | | 0.000 |
| **TOTAL AMOUNT** | **USD** | 43,170.750 |
| TOTAL DISCOUNT AND SURCHARGE | USD | 611.000 |
| **TOTAL INVOICE AMOUNT** | **USD** | 43,781.750 |

A/R Sales Tax, exempt

## REPAYMENT AGREEMENT

This REPAYMENT AGREEMENT ("Agreement") is made and entered into as of April ___, 2014 by and between ESP Petrochemicals, Inc. ("ESP") and CST Performance Products Corp. ("CSTPPC") (together, the "Parties"). This Agreement arises from USDC Western District of Louisiana, Lafeyette-Opelouses Division Civil Action No. 14-cv-00105-RFD-CMH (the "Court Action"). This Agreement is made with reference to the following facts:

### RECITALS

A. CSTPPC sold and delivered to ESP merchandise identified in Exhibit "A" to the Complaint in connection with the above-referenced Court Action which is incorporated by reference herein;

B. ESP has made no payments against the invoiced amounts, and has failed to pay the balance due thereon;

C. ESP agreed to pay CSTPPC for the above-referenced merchandise per the invoice record attached to The Complaint as Exhibit "A";

D. ESP is justly and truly indebted to CSTPPC in the amount of Two Hundred Seventy Four Thousand Eight Hundred Forty Seven and 15/100 ($274,847.15) (the "ESP Debt");

E. ESP failed to pay CSTPPC for merchandise sold and delivered, as a consequence of which CSTPPC filed the Court Action;

F. In good faith, the Parties desire to enter into this Agreement and to fully, finally, and completely resolve any and all disputes among them in connection with the Court Action;

G. The Parties have agreed that if all payments are made pursuant to Section 1.1 of this Agreement, ESP will have fully satisfied its obligations to CSTPPC;

H. ESP acknowledges and agrees that CSTPPC is the prevailing party in the Court Action; and

I. ESP has agreed to confess judgment pursuant to Section 1.3 of this Agreement and CSTPPC has agreed to voluntarily dismiss without prejudice the Court Action as soon as practicable after makes the first payment pursuant to the terms of this Agreement.

272835.1

1

EXHIBIT

A-2

## TERMS OF THE AGREEMENT

IT IS HEREBY AGREED by and between the Parties and by their respective counsel:

### 1. Repayment Terms

1.1     ESP shall pay to CSTPPC the ESP Debt in eighteen (18) monthly installments as follows: Payment Nos. 1-17 at Fifteen Thousand Three Hundred Dollars ($15,300) with payment No. 1 made at the Parties' execution of this Agreement and Payment No. 18 at Fourteen Thousand Seven Hundred Forty Seven and 15/100 Dollars ($14,747.15). and a final payment of one thousand five hundred ($1,500) dollars, with the first such payment to be made on or before May 15, 2014, and with all subsequent payments to be made on or before the fifteenth of each succeeding month, with the final payment to be made on or before November 15, 2015;

1.2     All payments shall be made by check payable to CST Performance Products Corp. and remitted to CSTPPC c/o Pino & Associates, LLP, Westchester Financial Center, 50 Main Street, 16th Floor, White Plains, New York 10606. Payments are due every thirty (30) days from the day the Parties execute this Agreement with a seven (7) calendar day grace period.  Any payment made more than ten (10) days after the due date shall incur a ten percent (10%) late fee. Time is of the essence.  CST may not accept late payments, except that any late payment accepted by CSTPPC shall not be a waiver of its rights under this Agreement.

1.3     ESP shall contemporaneously confess judgment with the execution of this Agreement. If ESP fails to make any payment pursuant to Paragraph 1.1 or breaches any of the terms of this Agreement, CSTPPC shall have the right to enforce the confession of judgment against ESP without notice to ESP. ESP agrees to confess judgment for the full amount of the ESP Debt and attorneys' fees, plus: interest at five percent (5.00%) and late fees from the original invoice date, and future collection costs and future attorneys' fees.

1.3.1   CSTPPC agrees that is will not enforce ESP's confession of judgment unless ESP breaches any term of this Agreement.

### 2. Attorneys' Fees and Costs

2.1     Upon execution of this Agreement, ESP agrees to reimburse CSTPPC for its attorneys' fees and other costs and expenses ("Attorneys' Fees") to bring the Court Action.  The payment for Attorneys' Fees is separate and apart from the payment schedule in Paragraph 1.1. The amount will be approximately $9000-$10,000.

### 3. Recitals

The Recitals are part of this Agreement.

### 4. Admission of Liability

ESP hereby agrees and admits it is liable for the amount CSTPPC has sued for if the payment terms of this Agreement are not followed.

272835.1

2

**5.   Consultation with Counsel**

The Parties, and each of them represent and declare that they have carefully read this Agreement and know and understand its contents, and have had the advice of counsel regarding same (or ample opportunity to consult with counsel of their choosing), and that they sign the same freely and voluntarily.

**6.   Applicable Law, Jurisdiction, and Venue**

This Agreement shall, in all respects, be interpreted, enforced, and governed exclusively by and under the laws of the State of Louisiana.

**7.   Individuals Authorized**

Those individuals who are signing this Agreement below on behalf of entities represent that they are, respectively, duly authorized to sign on behalf of such entities and to bind such entities fully to each and all of the obligations set forth in this Agreement.

**8.   Signature in Counterpart and Fax**

This Agreement may be executed in one or more counterparts, any one of which shall be binding on any Party signing thereon. Photocopied copies and facsimile copies shall be deemed originals and shall be valid, binding, and enforceable in accordance with their terms.

I have read the foregoing Agreement, understand it, and I accept and agree to the provisions it contains and hereby execute it voluntarily with full understanding of its consequences and to be bound by its terms.

Dated: April _16_, 2014                          BSP Petrochemicals, Inc.

                                                 By: DAVID DUGAS
                                                 Its: CEO

Dated: April _17_, 2014                          CST Performance Products Corp.

                                                 By: ROBERT R WEBBER
                                                 Its: CONTROLLER

272835.1                                    3

STATE OF LOUISIANA          )
                            ) ss.:
COUNTY OF *Lafayette*       )

### AFFIDAVIT OF CONFESSION OF JUDGMENT

David Dugas, being duly sworn, deposes and says the following:

1.  I am the President of ESP Petrochemicals, Inc. ("ESP"), a company organized and existing under the laws of the State of Louisiana.

2.  I am duly and fully authorized and empowered to execute this affidavit on behalf of ESP, and to confess judgment on behalf of ESP.

3.  ESP acknowledges and agrees, unconditionally and irrevocably, that it is indebted to CST Performance Products Corp ("CSTPPC") in the amount of Two Hundred Seventy Four Thousand Eight Hundred Forty Seven and 15/100 ($274,847.15).

4.  The facts and circumstances giving rise to the indebtedness are as follows: ESP failed to pay CSTPPC for merchandise sold and delivered; ESP has made no payments against the invoiced amounts to CSTPPC; and ESP is justly and truly indebted to CSTPPC in the amount of Two Hundred Seventy Four Thousand Eight Hundred Forty Seven and 15/100 ($274,847.15).

5.  As a consequence of ESP's failure to pay, CSTPPC commenced a lawsuit against ESP in USDC Western District of Louisiana, Lafayette-Opelouses Division under Civil Action No. 14-cv-00105-RFD-CMH (the "Court Action").

6.  In good faith, and to fully, finally, and completely resolve any and all disputes among them in connection with the Court Action, the Parties entered into a Repayment Agreement which is incorporated by reference herein.

7.  In the event of any failure to make payment in full in accordance with the Parties' Repayment Agreement, I agree, consent, and confess, on behalf of ESP, that CSTPPC shall be entitled to enter judgment against the ESP for Two Hundred Seventy Four Thousand Eight Hundred Forty Seven and 15/100 ($274,847.15) and attorneys' fees, plus: interest at five percent (5.00%) and late fees from the original invoice date, and future collection costs and future attorneys' fees.

8.  This confession of judgment is not for the purpose of securing CSTPPC against a contingent liability.

AFFIDAVIT OF CONFESSION OF JUDGMENT EXECUTED BY
DAVE DUGAS, CEO OF ESP
Page 1 of 2

272837.1



Respectfully submitted,

David Dugas, CEO
ESP Petrochemicals, Inc

Subscribed and sworn to before me
this _14th_ day of _April_, 2014

NOTARY PUBLIC

**CHARLES R. MINYARD**
Notary Public
La. Bar Roll No. 09660
My Com... ... for Life

AFFIDAVIT OF CONFESSION OF JUDGMENT EXECUTED BY
DAVE DUGAS, CEO OF ESP
Page 2 of 2

272857.1