RECEIVED
MAY 19 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| CST PERFORMANCE PRODUCTS CORP. | * | CIVIL ACTION NO. 14-0105 |
| VERSUS | * | JUDGE DOHERTY |
| ESP PETROCHEMICALS, INC. | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the motion for default judgment is **GRANTED**, and that CST Performance Products Corp. is entitled the sum of $228,947.15, plus pre-judgment interest at the rate of 5% per annum from the date of judicial demand (January 22, 2014) until the date of Judgment, plus attorney's fees in the amount of $19,512.50, plus post-judgment interest at the rate set forth in 28 U.S.C. § 1961 from the date of Judgment until paid, as well as all costs of these proceedings.

Lafayette, Louisiana, this 19 day of May, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE